JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 656 -- In re Plaza Mall Partnership Securities and Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/07/22 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Defts. Arthur Schwartz and Mildred Bernstein Schwartz -- SUGGESTED TRANSFEREE DISTRICT: D. NEW JERSEY -- SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/08/01 | | APPEARANCE: AURORA CASSIRER, ESQ. for Bank Leumi Trust Co. of New York, ROBERT A. CONFORTI, ESQ. for William Kedersha, William Kedersha Associates, William Kedersha Associates, Inc., Charles Kedersha, BRAY BARNES, ESQ. for Arthur Schwartz and Mildred Bernstein Schwartz and ROBERT E. MESHEL, ESQ. for Martin N. Kroll, Esq and Snow, Becker, Kroll, Klaris & Krause, P.C. (rh) |
| 85/08/02 | | APPEARANCE: EDWARD VINCENT KING, JR., ESQ. for Johnnie Lee LeMaster, et al. (rh) |
| 85/08/02 | 2 | REQUEST FOR EXTENSION OF TIME -- Bank Leumi Trust Co. of N.Y. w/cert of service -- EXTENSION OF TIME GRANTED TO ALL PARTIES TO AND INCLUDING AUG. 16, 1985 -- Notified all counsel. (rew) |
| 85/08/02 | 3 | REQUEST FOR EXTENSION OF TIME -- Johnnie Lee LeMaster, Deborah LeMaster, Jack Clark and Tamara Clark, not served -- EXTENSION OF TIME GRANTED TO ALL PARTIES TO AND INCLUDING AUG 16, 1985 -- Notified all counsel (rew) |
| 85/08/05 | | APPEARANCES: JEFFREY NEWMAN, ESQ. for U.L. Washington, Alfred E. Cowens, Larry D. Herndon, Fred L. Breining, ANDREW P. ZWEBEN, ESQ. for George A. Foster (rh) |
| 85/08/05 | 4 | RESPONSE -- Deft. Martin N. Kroll and Snow, Becker, Kroll, Klaris & Krauss, P.C. -- w/cert. of svc. (rh) |
| 85/08/08 | | SUPPLEMENT OF CERT. OF SVC. PLDG. #1 -- (Attached to Pleading #1) |
| 85/08/08 | 5 | RESPONSE -- Deft. Dreyer & Traub -- w/cert. of svc. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 656 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/08/16 | 6 | RESPONSE/BRIEF -- Johnnie LeMaster, et al. w/cert. of svc. and Declaration of Edward Vincent King, Jr. (ds) |
| 85/08/16 | 7 | NOTICE OF RELATED ACTION -- filed by Edward Vincent King, Jr. -- Jack Clark, et al. v. Bank Leumi Trust Company of New York, N.D. California, C.A. No. C-85-3004 AJZ. (ds) |
| 85/08/16 | 8 | RESPONSE -- Pltf. Bank Leumi Trust Company of New York -- w/cert. of svc. (rh) |
| 85/08/16 | 9 | AFFIDAVIT OF NOAH NUNBERG -- Noah Nunberg -- w/cert. of svc. (rh) |
| 85/08/16 | 10 | MEMORANDUM -- Deft. Martin N. Kroll and Snow Becker, Kroll, Klaris & Krauss -- w/cert. of svc. (rh) |
| 85/08/16 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on September 19, 1985 in Indianapolis, Indiana (rh) |
| 85/08/20 | 11 | MEMORANDUM -- Defts. U.S. Washington, Alfred E. Cowens, Larry D. Herndon and Fred L. Breining w/cert. of svc. (ds) |
| 85/08/26 | | AMENDED PROOF OF SERVICE -- to include defts. Dreyer and Traub -- filed by Movant (ds) |
| 85/09/04 | 12 | NOTICE OR RELATED ACTIONS -- filed by Bray Barnes -- Nottingham Associates v. I.T.B. Partnership, et al., S.D. Fla., C.A. No. 85-2011-Civ; Israel Rosenweig v. Plaza Mall Partnership, et al., E.D.N.Y., C.A. No. CV-85-3268; James Wohlford v. Arthur Schwartz, et al., D.N.J., C.A. No. 85-2905 and Bank Leumi Trust Co. of N.Y. v. Bernard Perelmutter, et al., S.D.N.Y., C.A. No. 85-Civ-5740. (ds) |
| 85/09/18 | | WAIVER OF ORAL ARGUMENT: Johnnie LeMaster, et al. (rh) |
| 85/09/18 | | HEARING APPEARANCES: BRAY BARNES, ESQ. for Arthur Schwartz and Arthur Mildred Bernstein, AURORA CASSIRER, ESQ. for Bank Leumi Trust Co. of New York, JEFFREY NEWMAN, ESQ. for U.L. Washington, Alfred E. Cowens, Larry D. Herndon and Fred L. Breining (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 656 -- In re Plaza Mall Partnership Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/10/16 | | ORDER DENYING LITIGATION --pursuant to 28 U.S.C. §1407. Notified involved clerks, judges counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. _____ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/16/85 | MC | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 10/16/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 656 -- In re Plaza Mall Partnership Securities and Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Johnnie LeMaster, et al. v. William Kedersha, et al. | Cal., N. Zirpoli | C-84-7926-AJZ | | | | |
| A-2 | Bank Leumi Trust Company of New York v. Plaza Mall Partnership, et al. | N.Y., S. Knapp | 84-7219 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 656 -- In re Plaza Mall Partnership Securities and Contract Litigation

---

JOHNNIE LEMASTER, ET AL. (A-1)
Edward Vincent King, Jr., Esq.
111 Sutter Street, 19th Floor
San Francisco, California  94104


BANK LEUMI TRUST COMPANY OF NEW YORK (A-2)
Aurora Cassirer, Esq.
Parker, Chapin, Flattau
& Klimpl
1211 Avenue of the Americas
New York, New York  10036

WILLIAM KEDERSHA
WILLIAM KEDERSHA ASSOCIATES
WILLIAM KEDERSHA ASSOCIATES, INC.
CHARLES KEDERSHA
Robert A. Conforti, Esq.
Vechione, Conforti & Force
2175 Highway 35
P.O. Box 292
Sea Girt, New Jersey  08750

ARTHUR SCHWARTZ
MILDRED BERNSTEIN SCHWARTZ
Bray Barnes, Esq.
Teich, Groh, Robinson,
Kline & Frost
691 State Highway 33
Trenton, New Jersey  08619

---

U.L. WASHINGTON
ALFRED E. COWENS
LARRY D. HERNDON
FRED L. BREINING
Jeffrey Newman, Esq.
Dolgenos, Bergen & Newman
101 Wooster Street
New York, New York  1012

GEORGE A. FOSTER
Andrew P. Zweben, Esq.
Barney & Zweben
307 Fifth Avenue
Sixth Floor
New York, New York  10016

BERNARD PERELMUTER (No App. rec'd)
Bernard Perelmutter, Pro se
1034 East Chestnut Street
Hazeltown, Pennsylvania  18201


MARTIN N. KROLL, ESQ.
SNOW, BECKER, KROLL, KLARIS & KRAUSS, P.C.
Robert E. Meshel, Esq.
D'Amato & Lynch
70 Pine Street
New York, New York  10270

PLAZA MALL PARTNERSHIP (No App. rec'd)
DREYER & TRAUB (Third Party Deft.)
Noah Nunberg, Esq.
Dreyer & Traub
101 Park Avenue
New York, New York  10178

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. _____ -- _____

| | |
|---|---|
| UNABLE TO DETERMINE COUNSEL FOR THE FOLLOWING: <br><br> HOTEL ASSOCIATES OF ATLANTIC <br> I.T.B. PARTNERSHIP | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 656 -- In re Plaza Mall Partnership Securities and Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| William Kedersha | A-1, A-2 |
| William Kedersha Associates | A-1 |
| Plaza Mall Partnership | A-1, A-2 |
| Bernard Perelmuter | A-1 |
| Arthur Schwartz | A-1, A-2 |
| Mildred Bernstein Schwartz | A-1 |
| I.T.B. Partnership | A-1 |
| Hotel Associates of Atlantic | A-1 |
| Charles Kedersha | A-1 |
| U.L. Washington | A-2 |
| George A. Foster | A-2 |

p. 2

| | |
|---|---|
| Alfred E. Cowens | A-2 |
| Larry D. Herndon | A-2 |
| Fred L. Breining | A-2 |
| William Kedersha Associates, Inc. | A-1, A-2 |
| Martin N. Kroll | A-2 |
| Snow, Becker, Kroll | A-2 |
| Dreyer & Traub | A-2 |
| | |
| | |
| | |
| | |