JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 16 1985

PATRICIA D. _____
CLERK OF THE PANEL

DOCKET NO. 656

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PLAZA MALL PARTNERSHIP SECURITIES AND CONTRACT LITIGATION

ORDER DENYING TRANSFER

This litigation presently consists of two actions pending in two federal districts:  one action in the Southern District of New York and one action in the Northern District of California.  Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by defendants Arthur Schwartz and Mildred Bernstein Schwartz to transfer both actions to the District of New Jersey for coordinated or consolidated pretrial proceedings.  The New York and California plaintiffs, four New York defendants and three New York third-party defendants oppose the motion.  Alternatively, the New York plaintiff and a New York third-party defendant suggest centralization in the Southern District of New York.

On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of the litigation.  Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer.  See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969).

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for transfer of the actions listed on Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

-656 -- In re Plaza Mall Partnership Securities and Contract Litigation

Northern District of California

Johnnie LeMaster, et al. v. William Kedersha, et al.,
C.A. No. C-84-7926-AJZ

Southern District of New York

Bank Leumi Trust Company of New York v. Plaza Mall Partnership, et al.,
C.A. No. 84-7219